1  BENJAMIN B. WAGNER
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700

5  Attorneys for the United States



FILED

APR 29 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>APPROXIMATELY $155,000.00 IN THE FORM OF A CASHIER'S CHECK,<br><br>APPROXIMATELY $130,000.00 IN THE FORM OF A CASHIER'S CHECK,<br><br>APPROXIMATELY $853,149.11 IN THE FORM OF A CASHIER'S CHECK,<br><br>APPROXIMATELY $30,170.79 IN THE FORM OF A CASHIER'S CHECK,<br><br>APPROXIMATELY $3,471,558.30 IN THE FORM OF A CASHIER'S CHECK,<br><br>APPROXIMATELY $800,000.00 IN THE FORM OF A CASHIER'S CHECK,<br><br>APPROXIMATELY $800,000.00 IN THE FORM OF A CASHIER'S CHECK,<br><br>APPROXIMATELY $400,000.00 IN THE FORM OF A CASHIER'S CHECK, and<br><br>APPROXIMATELY $400,000.00 IN THE FORM OF A CASHIER'S CHECK,<br><br>            Defendants. | 2:14-CV-01035-JAM-AC<br><br>ORDER REGARDING CLERK'S ISSUANCE OF WARRANT FOR ARREST OF ARTICLES *IN REM* |

1

1  WHEREAS, a Verified Complaint for Forfeiture *In Rem* has been filed on April 28, 2014, in the United States District Court for the Eastern District of California, alleging that the defendants Approximately $155,000.00 in the form of a cashier's check, Approximately $130,000.00 in the form of a cashier's check, Approximately $853,149.11 in the form of a cashier's check, Approximately $30,170.79 in the form of a cashier's check, Approximately $3,471,558.30 in the form of a cashier's check, Approximately $800,000.00 in the form of a cashier's check, Approximately $800,000.00 in the form of a cashier's check, Approximately $400,000.00 in the form of a cashier's check, and Approximately $400,000.00 in the form of a cashier's check (hereafter "defendant funds") are subject to forfeiture to the United States pursuant to 18 U.S.C. § 981(a)(1)(C) for one or more violations of 18 U.S.C. §§ 1341 and 2341, *et seq.*;

And, the Court being satisfied that, based on the Verified Complaint for Forfeiture *In Rem* and the affidavit of Bureau of Alcohol, Tobacco, Firearms and Explosives Special Agent Donna Hauser, there is probable cause to believe that the defendant funds so described constitutes property that is subject to forfeiture for such violation(s), and that grounds for the issuance of a Warrant for Arrest of Articles *In Rem* exist, pursuant to Rule G(3)(b)(i) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions;

IT IS HEREBY ORDERED that the Clerk for the United States District Court, Eastern District of California, shall issue a Warrant for Arrest of Articles *In Rem* for the defendant funds.

Dated: 4/28/14

DALE A. DROZD
United States Magistrate Judge