| | |
|---|---|
| 1  BENJAMIN B. WAGNER<br>United States Attorney<br>2  KEVIN C. KHASIGIAN<br>Assistant U.S. Attorney<br>3  501 I Street, Suite 10-100<br>Sacramento, CA 95814<br>4  Telephone: (916) 554-2700<br>5  Attorneys for the United States | |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    v.<br><br>APPROXIMATELY $155,000.00 IN THE FORM OF A CASHIER'S CHECK,<br><br>APPROXIMATELY $130,000.00 IN THE FORM OF A CASHIER'S CHECK,<br><br>APPROXIMATELY $853,149.11 IN THE FORM OF A CASHIER'S CHECK,<br><br>APPROXIMATELY $30,170.79 IN THE FORM OF A CASHIER'S CHECK,<br><br>APPROXIMATELY $3,471,558.30 IN THE FORM OF A CASHIER'S CHECK,<br><br>APPROXIMATELY $800,000.00 IN THE FORM OF A CASHIER'S CHECK,<br><br>APPROXIMATELY $800,000.00 IN THE FORM OF A CASHIER'S CHECK,<br><br>APPROXIMATELY $400,000.00 IN THE FORM OF A CASHIER'S CHECK, and<br><br>APPROXIMATELY $400,000.00 IN THE FORM OF A CASHIER'S CHECK,<br><br>         Defendants. | 2:14-CV-01035-JAM-AC<br><br>UNITED STATES' REQUEST TO EXTEND THE DEADLINE TO FILE JOINT STATUS REPORT AND ORDER |

1

The United States requests that the Court continue the deadline to file a Joint Status Report from June 27, 2014 to August 29, 2014.

## Introduction

On April 28, 2014, the United States filed a civil forfeiture complaint against the above-captioned assets ("defendant assets") based on their alleged involvement in violations of federal law. All known potential claimants to the defendant assets have signed stipulations forfeiting their interest in the defendant assets. Additionally, public notice on the official internet government forfeiture site, www.forfeiture.gov, began on April 30, 2014, and ran for thirty consecutive days, as required by Rule G(4)(a)(iv)(C) of Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. A Declaration of Publication was filed on June 27, 2014.

## Good Cause

The United States has diligently pursued its forfeiture case against the defendant assets. All known potential claimants have stipulated to the forfeiture of the defendant assets. To date, no party has filed a claim or answer in this case. The United States intends to file a Request for Final Judgment of Forfeiture along with the executed stipulations once the publication time has passed.

For these reasons, the United States seeks to continue the deadline to file a Joint Status Report from June 27, 2014 to August 29, 2014, or to another date the Court deems appropriate.

Dated: 6/27/14　　　　　　　　　　　　　　BENJAMIN B. WAGNER
　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　By:　/s/ Kevin C. Khasigian
　　　　　　　　　　　　　　　　　　　KEVIN C. KHASIGIAN
　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

///

///

///

2

# ORDER

The Court finds that there is good cause to extend the deadline to file a joint status report in this case from June 27, 2014 to August 29, 2014.

**IT IS SO ORDERED.**

Dated: 6/27/2014  /s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge